George L. Richardson, as Trustee of Roy P. Brainard, Bankrupt, Respondent, v. Roy P. Brainard and Rosebud H. Brainard, His Wife, and Metropolitan Life Insurance Company, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendant's motion for change of venue.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

The People of the State of New York ex rel. Louis Abrams, Appellant, v. Joseph H. Brophy, Warden of Auburn Prison, Auburn, N. Y., Respondent.— Order affirmed, without costs. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

The People of the State of New York ex rel. Fred Romano, Appellant, v. Joseph H. Brophy, as Warden of Auburn State Prison, Auburn, New York, Respondent.— Order affirmed, without costs. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

Julia Kretovic, as Administratrix, etc., of Josephine Malciak, Respondent, v. Joseph Deisinger and Joseph O'Connor, Appellants.— Order affirmed, with costs. All concur. (The order sets aside a directed verdict for the defendants and grants a new trial, in an automobile negligence action.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

Harry S. Vaughn, Respondent, v. Leon Ehrmantraut, Appellant.— Judgment of Monroe County Court reversed on the law and the facts and judgment of the City Court of Rochester affirmed with costs in this court and in the County Court. Memorandum: Our examination of the record leads us to conclude that the proximate cause of plaintiff's property damage was his own negligence, which, in turn, was the sole producing cause of the personal injuries and property damage sustained by the defendant. This conclusion leads to an affirmance of the judgment of the City Court of Rochester. All concur. (The judgment is for plaintiff, reversing a judgment of the City Court of Rochester, in an automobile negligence action.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

The People of the State of New York, Respondent, v. Thomas Krystal, Appellant.— Judgment of conviction affirmed under section 764 of the Code of Criminal Procedure. All concur, except Crosby and Cunningham, JJ., who dissent and vote for reversal and for dismissal of the indictment. (The judgment convicts defendant of the crimes of burglary, third degree, petit larceny, and criminally receiving stolen property.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.